## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

KEVIN S. MINES; LONNIE WRIGHT;     :    No. 44 EAP 2024
JAMES BROWN; CHARLES SHEPPARD;    :
KEVIN EVANS; BRIAN THOMPSON;      :
THOMAS DAVIS; AND JOEL MUIR, AND    :
SIMILARLY SITUATED MEMBERS,      :
     :
         Appellants      :
     :
     :
       v.       :
     :
     :
HONORABLE, TOM WOLF, GOVERNOR;    :
HONORABLE, JOSH SHAPIRO,      :
ATTORNEY GENERAL; THEODORE W.    :
JOHNSON, SECRETARY PAROLE     :
BOARD; GEORGE M. LITTLE,      :
SECRETARY PA DEPARTMENT OF     :
CORRECTIONS; JAIME SORBER,     :
SUPERINTENDENT OF SCI PHOENIX; KIM   :
NIXON, INMATE RECORDS SUPERVISOR,   :
SCI PHOENIX,      :
     :
         Appellees

## ORDER

**PER CURIAM**

     **AND NOW,** this 26th day of November, 2024, the Notice of Appeal is **QUASHED**. *See Moore v. Moore*, 634 A.2d 163, 167 (Pa. 1993) (explaining that "a motion for reconsideration does not act as a stay of the appeal period"); Pa.R.A.P. 1701(b)(3) (providing that the 30-day appeal period will be tolled only by a grant of reconsideration within the time for filing a notice of appeal).

Notwithstanding the conferral of *nunc pro tunc* relief, because the Commonwealth Court did not expressly grant reconsideration of its September 8, 2023 order within 30 days of that order, the time for appeal was not tolled, making Appellants' April 29, 2024 notice of appeal untimely. *See* Pa.R.A.P. 1701, Note (cautioning that, to protect against waiver of an appeal if the trial court fails to act on a reconsideration application, the appellant should file a notice of appeal at the same time or shortly after the reconsideration request).